## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                                  **JUDGMENT IN A CIVIL CASE**

**LYNNE L. WRIGHT,**

                                                  CASE NO: **1:15–CV–00287–LJO–JLT**

        v.

**SPECIALIZED LOAN SERVICING LLC,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

      **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 5/8/2015**

                                                  **Marianne Matherly**
                                                  Clerk of Court

   ENTERED: **May 8, 2015**

                                        by: /s/  T. Lundstrom_____
                                                   Deputy Clerk